Patrick R. Delahunty (SBN 257439)
pdelahunty@delawllp.com
Micah D. Nash (SBN 246319)
mnash@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Attorneys for Petitioner Nina Agdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.* <br><br> Served in case: *Nina Agdal v. Dillon Dan* 2:23-CV-16873-MCA-MAH | Misc. Case Number: 3:24-mc-80266 <br><br> **PROPOSED ORDER GRANTING MOTION TO COMPEL RESPONDENT X CORP. TO COMPLY WITH THIRD-PARTY SUBPOENA** |

| | |
|---|---|
| 1 | Upon consideration of Petitioner Nina Agdal's Motion to Compel Compliance with Third- |
| 2 | Party Subpoenas and Respondent *X CORP.*, Successor in Interest to TWITTER, INC's ("X") |
| 3 | response thereto, together with argument of the parties, if any, IT IS HEREBY ORDERED that the |
| 4 | Motion is GRANTED. |

Respondent shall produce all documents and records responsive to Petitioner's subpoena no later than 14 days from the date of this Order.

**IT IS SO ORDERED.**

**Dated:** _____      _____
                                                                                **UNITED STATES DISTRICT JUDGE**