Patrick R. Delahunty (SBN 257439)
pdelahunty@delawllp.com
Micah D. Nash (SBN 246319)
mnash@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Attorneys for Petitioner Nina Agdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.*<br><br>Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCA-MAH | Misc. Case Number: 3:24-mc-80266<br><br>**DECLARATION OF JOSEPH B. SHUMOFSKY IN SUPPORT OF PETITIONER NINA AGDAL'S MOTION TO COMPEL RESPONDENT X CORP. TO COMPLY WITH THIRD-PARTY SUBPOENA**<br><br>Date:   TBD<br>Time:  TBD<br>Ctrm:  TBD |

JOSEPH B. SHUMOFSKY, being of full age, declares and states:

1. I am an attorney at law who is licensed to practice in the State of New Jersey. I am a Member at Sills Cummins & Gross P.C., attorneys for petitioner Nina Agdal ("Agdal"), and make this declaration in support of Plaintiff's Motion to Compel Third-Party X Corp. ("X") to Comply with Third-Party Subpoena.

2. I am fully familiar with the facts and circumstances concerning the matters set forth below.

3. On September 6, 2023, Agdal commenced the underlying lawsuit, *Nina Agdal v. Dillon Danis*, Case No. 2:23-CV-16873-MCA-MAH, in the U.S. District Court for the District of New Jersey (the "DNJ Lawsuit"), asserting claims against Dillon Danis ("Danis").

4. A true and accurate copy of Agdal's Second Amended Complaint filed in the DNJ Lawsuit on June 11, 2024 (ECF No. 60) is attached hereto as Exhibit A.

5. A true and accurate copy of the Declaration of Q. Bahler of Sourced Intelligence filed in the DNJ Lawsuit on September 6, 2023 (ECF No. 1-4), is attached hereto as Exhibit B.

6. While not specifically alleged in Agdal's Second Amended Complaint, on September 23, 2023, Danis posted a video of Agdal that she had self-recorded while lying in bed in lingerie, which had been stored in her Snapchat archive and had never been shared with anyone.

7. A true and accurate copy of Danis's Responses to Agdal's First Set of Interrogatories, which Danis served upon Agdal in connection with the DNJ Lawsuit on February 8, 2024, is attached hereto as Exhibit C.

8. Subsequent discovery in the DNJ Lawsuit, including the subpoenas to third parties, proved that Danis's representation in response to Agdal's Interrogatory No. 3 was false, as Danis had solicited the assistance of several individuals to help him create distasteful content to post about Agdal.

9. The Court ordered Danis to sit for a special deposition focused on his discovery conduct and preservation efforts and the circumstances surrounding his allegedly damaged phone. That deposition recently took place on October 8, 2024.

10. A true and accurate copy of the Court order entered in the DNJ Lawsuit on August 27, 2024 (ECF No. 68), is attached hereto as Exhibit D.

11. A true and accurate copy of Danis's letter to Court in the DNJ Lawsuit dated August 30, 2024 (ECF No. 69), is attached hereto as Exhibit E.

12. A true and accurate copy of the Court order entered in the DNJ Lawsuit on September 3, 2024 (ECF No. 70), is attached hereto as Exhibit F.

13. A true and accurate copy of the Court order entered in the DNJ Lawsuit on September 11, 2024 (ECF No. 73), is attached hereto as Exhibit G.

14. A true and accurate copy of the Court order entered in the DNJ Lawsuit on September 23, 2024 (ECF No. 81), is attached hereto as Exhibit H.

15. A true and accurate copy of the Court order entered in the DNJ Lawsuit on October 1, 2024 (ECF No. 82), is attached hereto as Exhibit I.

16. A true and accurate copy of the Court order entered in the DNJ Lawsuit on October 2, 2024 (ECF No. 83), is attached hereto as Exhibit J

17. A true and accurate copy of Danis's letter to Court in the DNJ Lawsuit dated October 3, 2024 (ECF No. 84), is attached hereto as Exhibit K.

18. On February 23, 2024, Agdal served a subpoena upon X (the "Subpoena"). A true and accurate copy of the Affidavit of Service of the Subpoena on February 23, 2024 is attached hereto as Exhibit L. A true and accurate copy of the Subpoena is attached hereto as Exhibit M.

19. In an abundance of caution, Agdal re-served the Subpoena upon X on July 2, 2024, based on a suggestion from X's counsel that X did not deem service of the Subpoena to be properly effectuated in the first instance, which Agdal disputes. A true and accurate copy of the Affidavit of Service of the Subpoena on July 2, 2024 is attached hereto as Exhibit N.

20. A true and accurate copy of X's counsel's email dated July 10, 2024 to Agdal's counsel is attached hereto as Exhibit O.

21.  A true and accurate copy of the Declaration of Nina Agdal dated September 5, 2023, filed in the DNJ Lawsuit on September 6, 2023 (ECF No. 1-3), is attached hereto as Exhibit P.

22.  A true and accurate copy of X's counsel's email dated September 27, 2024 to Agdal's counsel is attached hereto as Exhibit Q.

23.  A true and accurate copy of the court order entered in the DNJ Lawsuit on September 7, 2023 (ECF No. 7), is attached hereto as Exhibit R.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 23, 2024

Respectfully submitted,

**SILLS CUMMIS & GROSS P.C.**

*Joseph B. Shumofsky*

**Joseph B. Shumofsky**
New Jersey Bar No. 045211998
jshumofsky@sillscummis.com
One Riverfront Plaza Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Attorneys for Petitioner Nina Agdal