10/16/24, 6:03 PM

Case 3:24-mc-80266-JCS CM/ECF LIVE - U.S. District Court for the District of New Jersey Document 2-6   Filed 10/24/24   Page 1 of 1

| 09/03/2024 | 70 | TEXT ORDER: The Court has reviewed the parties' August 30, 2024 status report [D.E. 69]. Defendant is directed to continue to search for the mobile telephone. On or before September 10, 2024, Defendant shall provide an updated status report concerning the mobile telephone. If the mobile telephone is not located, the status report shall include a declaration by Mr. Danis that describes in detail: (1) all efforts undertaken to search for the phone and, if more than one person looked for the phone, the specific efforts by each such person to locate it, (2) the last time Mr. Danis remembers having the phone, (3) the location where Mr. Danis typically kept or stored the phone, (4) Mr. Danis's best recollection of what he did with the phone the last time he remembers having possession of it, and (5) Mr. Danis's best understanding of what happened to the phone. So Ordered by Magistrate Judge Michael A. Hammer on 9/3/2024. (Hammer, Michael) (Entered: 09/03/2024) |