| 09/11/2024 | 73 | TEXT ORDER: By Order filed on September 3, 2024 [D.E. 70], the Court directed Defendant Danis to file, by September 10th, an updated status report concerning the mobile telephone. That Order also required that if Mr. Danis fails to locate the phone, he must submit a declaration that describes in detail: (1) all efforts undertaken to search for the phone and, if more than one person looked for the phone, the specific efforts by each such person to locate it, (2) the last time Mr. Danis remembers having the phone, (3) the location where Mr. Danis typically kept or stored the phone, (4) Mr. Danis's best recollection of what he did with the phone the last time he remembers having possession of it, and (5) Mr. Danis's best understanding of what happened to the phone. To date, Mr. Danis has failed to file the status report/declaration. Mr. Danis must do so by the close of business today. Failure to comply may result in the issuance of an Order to Show Cause as to why the Court should not impose sanctions against him pursuant to Federal Rules of Civil Procedure 16(f) and 37. So Ordered by Magistrate Judge Michael A. Hammer on 9/11/2024. (Hammer, Michael) (Entered: 09/11/2024) |