10/16/24, 6:05 PM
Case 3:24-mc-80266-JCS  Document 2-8  Filed 10/24/24  Page 1 of 1
CM/ECF LIVE - U.S. District Court for the District of New Jersey

| 09/23/2024 | 81 | TEXT ORDER: The Court is in receipt of the parties' September 20, 2024 joint letter, [D.E. 80]. There shall be an in-person status conference on October 1, 2024 at 12:00 p.m. Defendant Danis must appear in person for the conference. The purpose of the conference will be: (1) to further inquire of Defendant Danis his efforts to search for the cellular telephone and the circumstances of his disposition of the cellular telephone (without prejudice to Plaintiff's right to depose Defendant Danis in more detail on these issues), and (2) to address Mr. Berman's motion to withdraw. So Ordered by Magistrate Judge Michael A. Hammer on 9/23/24. (tad) (Entered: 09/23/2024) |