| 10/01/2024 | 82 | TEXT ORDER: Due to Defendant Danis's failure to appear before this Court on October 1, 2024, the hearing will resume at 9:00 a.m. on October 2nd. Mr. Danis must appear for the conference in person, with no exceptions. So Ordered by Magistrate Judge Michael A. Hammer on 10/1/2024. (Hammer, Michael) (Entered: 10/01/2024) |