| 10/02/2024 | 83 | TEXT ORDER: For the reasons discussed during the October 2, 2024 conference held on the record: (1) not later than 5:00 p.m. tomorrow, October 3rd, Mr. Danis will turn over his old cellphone to his attorneys, and Defense counsel will file a letter with the Court confirming that has been completed; (2) after Mr. Danis turns over the old cellphone to Defense counsel, Defense counsel and Plaintiff's counsel will agree on the timing and manner in which Defense counsel shall turn over the old cellphone to Plaintiff's counsel; and (3) the October 8, 2024 deposition of Mr. Danis pertaining to discovery shall proceed as scheduled; if any disputes arise during the deposition that require Court intervention, the parties must call the Undersigned for assistance before adjourning the deposition, and failure to do so will be deemed waiver of the right to seek Court relief. Defense counsel's motion to withdraw is held in abeyance pending the next conference, which the Court will schedule via a separate order. So Ordered by Magistrate Judge Michael A. Hammer on 10/2/2024. (Hammer, Michael) (Entered: 10/02/2024) |