

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, Ste. 304
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901
t: 845.357.7900

Miami Office
8821 SW 69th Court
Miami, Florida 33156
t: 305.419.2936

October 3, 2024

**VIA ECF**

Honorable Michael A. Hammer
United States Magistrate Judge
50 Walnut Street
Newark, New Jersey 07101

    **Re:** *Agdal v. Danis*
        **Civil No. 23-16873 (MCA)(MAH)**

Dear Judge Hammer:

    This firm represents Defendant Dillon Danis. This letter confirms that Mr. Danis turned over his old cellphone to my office today as required by the Court's October 2, 2024 text order.

                Respectfully yours,

                /s Kelly A. Zampino

                Kelly A. Zampino, Esq.

cc: All Counsel (via ECF)