UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

NINA AGDAL

                Plaintiff,

-against-

DILLON DANIS,

                Defendant.
-------------------------------------------------------------X

**Affidavit of Service**
Civil Action No. 2:23-CV-16873-MCA-MAH

STATE OF California )
                              ) ss.:
COUNTY OF San Francisco )

        Kevin Hu, being duly sworn, deposes and says that Deponent is not a party to this action, and is over 18 years of age, and is a resident of the State of California.

        On February 23, 2024, at approximately 3:11 p.m., at 1355 Market St suite 900, suite 900 San Francisco, CA 94103. Deponent served the within Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action; Federal Rule Of Civil Procedure 45 (C), (D), (E), And (G) (Effective 12/1/13); Subpoena Attachment; Certification Of Domestic Records Of Regularly Conducted Activity upon: **X Corp**, by personally delivering to and leaving with Ajanae Young, Security, a true and correct copy of said documents.

        At the time of said service, Ajanae Young stated that she is authorized to accept service on behalf of X Corp.

        Ajanae Young is described as a black female, approximately 25 years of age, 170 lbs. ,5'6" tall with black hair.

_____
Kevin Hu

Sworn to before me this
26th day of February 2024

_____
Notary Public

MAHESH BHAGAT
COMM. #2418448
Notary Public - California
San Francisco County
My Comm. Expires Sep. 25, 2026