AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| NINA AGDAL ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| DILLON DANIS ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: X Corp., 1355 Market Street, Suite 900, San Franciso, CA 94103

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: Please email to jshumofsky@sillscummis.com<br>Wheels of Justice, 507 Polk St., Ste. 320<br>San Francisco, CA; (415) 546-6000; Attn. Kevin Hu | Date and Time:<br><br>03/15/2024 2:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 2/15/24

*CLERK OF COURT*

OR

_____     Joseph B. Shumofsky
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Nina Agdal__
Joseph Shumofsky, Sills Cummis & Gross, P.C., _____, who issues or requests this subpoena, are:
One Riverfront Plaza, Newark, New Jersey 07102, jshumofsky@sillscummis.com, (973) 643-5382

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

X Corp.
1355 Market Street, Suite 900
San Francisco, CA 94103
https://t.co/lr

    Attn: Legal Compliance/Custodian of Records

## SUBPOENA ATTACHMENT

**TIME PERIOD** – July 1, 2023 through the Present, <u>unless otherwise specified</u>

**INSTRUCTIONS – For the time period indicated above, produce the records requested** below in the possession, custody or control of X Corp. (including, but not limited to, its predecessors, successors, subsidiaries, and affiliates).

**DEFINITION** – "**Agdal Posts**" refers to the posts made by the Account that are identified in the attached **Appendix**.

### Records Requested

1. All subscriber information, including the name, address, telephone number and any other contact information associated with the following accounts:

   - "**mmaomally23**" **at https://twitter.com/mmaomally23**
   - "**notamod921**" **at https://twitter.com/ notamod921**
   - "**dillondanis**" **at https://twitter.com/dillondanis**

2. With respect to <u>only</u> "**dillondanis**" **at https://twitter.com/dillondanis** (the "Account")

   a) All **publicly available posts** issued from the Account, including any posts that were initially publicly available but later deleted.

   b) All **publicly available messages** that were sent to or received from the Account.

   c) The **Agdal Posts**, including all publicly available comments to those posts.

   d) All **metadata for the Agdal Posts,** including (i) the date and time the posts were made, (ii) the data and time of any repost, (iii) the number of views received by each post, (iv) the number of views received by each repost, and (v) the date and time any posts was deleted or otherwise removed.

e) All **metadata for any private posts** issued from the Account, including the date and time the posts were made.

f) All **metadata for any private messages** that were sent to or received from the Account, including (i) the date and time the messages were sent/received, (ii) the username of the account that sent the messages to or received the messages from the Account, and (iii) the name, address, telephone number or any other contact information associated with the account that sent the messages to or received the messages from the Account.

g) All records relating to any action that X took regarding the Account or the Account user, including post removals, shadow bans, suspensions, or notices of violations of platform policies.

h) All records reflecting the level of user engagement with the Account's posts **between July 1, 2023, and October 15, 2023**.

i) Records sufficient to identify the daily change in the number of the Account's followers **between July 1, 2023 and October 15, 2023**.

j) Records sufficient to identify the amount of ad revenue the Account generated or paid to the subscriber of the Account, if any, **between July 1, 2023 and October 15, 2023**.

**PRODUCTION**

**Email to jshumofsky@sillscummis.com**

Record Format:  Please provide the requested documents and things in their original format and in a reasonably usable format, such as in the form of digital/electronic media, i.e., CD-Rom, DVD-Rom.  A record layout for the data also is requested.

Questions should be directed to:

**Joseph Shumofsky**
**Sills Cummis & Gross, P.C.**
**One Riverfront Plaza**
**Newark, N.J. 07102**
**(973) 643-5382**
**jshumofsky@sillscummis.com**

**NOTE:**   Please also provide an executed copy of the attached "**Certificate of Domestic Records**" along with any response.

## **APPENDIX – Agdal Posts**

"**Agdal Posts**" refers to the following posts made to the Account, and include any reposts of these posts to the Account:

1. The following post made on August 11, 2023, with the text, "Up all night doing cardio, but feeling fresh this morning. Time to go spar!":



(as the excerpted post above is included for
identification purposes only, the photograph has been redacted)

2. The following post made on August 28, 2023, with the text "Morning," attaching a 40-second video:



3. The following post made on September 14, 2023, in response to another post, with the text "I had a better idea fuck Nina the night before the fight give myself HIV":



4. The following post made on September 23, 2023, with the text "Stop sending me these Nina," attaching a video:



# CERTIFICATION OF DOMESTIC RECORDS
# OF REGULARLY CONDUCTED ACTIVITY
### Pursuant to Fed. R. Evidence 902(11)

The undersigned declarant hereby declares, certifies, verifies or states the following:

1. The declarant is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity that are the subject of this certification.

2. The records of regularly conducted business activity (hereinafter "records"), which are the subject of this certification, accompany this certification.

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were (i) made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, or (ii) received at or near the time of the occurrence of the matters set forth and contemporaneously incorporated into company files;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify or state, under penalty of perjury, that the foregoing is true and correct.*

_____
**Signature of Declarant**

_____
**Printed Name**

_____
**Title**

_____
**Company Name**

_____
**Business Address and Telephone Number of Declarant**

_____
**Date of Declaration / Execution**