| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **Joseph Shumofsky  SBN 00000**<br>**Preemptive Process Servers**<br>**176-37 120th Ave**<br>**Queens, NY 11434**<br>ATTORNEY FOR   **Plaintiff** | **(646) 387-0035** | |

| NEWARK DIVISION, NEW JERSEY |
|---|
| 50 Walnut Street |
| Newark, NJ 7101 |

| SHORT TITLE OF CASE: |
|---|
| AGDAL, NINA v. DANIS, DILLON |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:23-CV-16873-MCA-MAH |
|---|---|---|---|
| **Affidavit of Service** | | | Ref. No. or File No: |

I, **Punam Kumar**, declare that on 7/2/2024 at the time of service I was at least 18 years of age, not a party to this action and reside in the State of **California**. I served the within:

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OT TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

And that on: **7/2/2024**          at: **12:03 PM**, I served said documents on:

**X Corp.**

By serving: **Amanda I, Refused to give full last name, Authorized to Accept S - Security**, a person at least 18 years of age at their usual place of residence or businesss

At:  **1355 Market St suite 900  San Francisco, CA 94103**

A declaration of diligence and/or mailing is attached, if applicable.

I knew the person so served to be the person described as said subject.

Person who served papers:

    a. Name: **Punam Kumar**
    b. Address: **507 Polk Street Suite 320, San Francisco, CA 94102**
    c. Telephone number: **415-546-6000**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Punam Kumar**                    Date: **07/09/2024**

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of  San Francisco

Subscribed and sworn (or affirmed) to before me this

___9th___ day of ___July_____, 2024, by

Punam Kumar

Proved to me on the basis of satisfactory

evidence to be the person(s) who appeared before me.

Signature_____

MAHESH BHAGAT
COMM. #2418448
Notary Public - California
San Francisco County
My Comm. Expires Sep. 25, 2026