Sills Cummis & Gross P.C.
Joseph B. Shumofsky
Linxuan Yan
One Riverfront Plaza
Newark, New Jersey 07102
(973) 643-7000

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2023 SEP -6  P 3: 20

Marcus Neiman Rashbaum & Pineiro LLP
Jeffrey A. Neiman (*pro hac vice* forthcoming)
Kathryn Meyers (*pro hac vice* forthcoming)
Jason L. Mays (*pro hac vice* forthcoming)
One Financial Plaza
100 SE 3rd Ave., Suite 805
Fort Lauderdale, Florida 33394
(954) 462-1200

*Attorneys for Plaintiff Nina Agdal*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NINA AGDAL, | Case No.: |
| Plaintiff, | |
| v. | |
| DILLON DANIS, | |
| Defendant. | |

## DECLARATION OF NINA AGDAL

1.      I, the undersigned, Nina Agdal, under oath and penalty of perjury pursuant to 28 U.S.C. § 1746, declare the following:

2.      My name is Nina Agdal and I am over the age of 18.  The below attestations are based upon my personal knowledge.

3.     The video that was posted by Dillon Danis to his X account on August 28, 2023 was a video that I had recorded of myself more than six years ago but never sent to anyone. The video was saved and archived only on my Snapchat.

4.     Because I knew I had never shared the video, after Mr. Danis posted it on X, I hired an intelligence and security consulting firm called Sourced Intelligence to look into whether my account had been hacked.

5.     I understand that Sourced Intelligence learned in its investigation that my Snapchat password had been changed on January 31, 2022; that on that day, there was a login to my Snapchat account from an iPad mini (5th Generation) with an IP address traced to an address in Phoenix, Arizona; and that all of the data on my Snapchat had been downloaded at that time.

6.     I also understand that the investigation showed that my Snapchat password had again been changed on February 16, 2022, and that at that time there was a login to my Snapchat account from an iPhone XS with an IP address traced to New York, New York.

7.     Upon learning all of this information, I knew that my account had been compromised because I was not responsible for any of those activities.

8.     Prior to August 28, 2023, I had never requested a download of all the data from my Snapchat account.

9.     I have never owned an iPad Mini (5th Generation) or an iPhone Xs. I did at one time own an iPhone Xs Max, but by February 2022 I was using an iPhone 12 Pro Max.

10.     Also, I was not in or around Phoenix, Arizona, around January 31, 2022. And I do not recall initiating password resets on or around January 31, 2022, or February 16, 2022.

11.     I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of September 2023

Nina Agdal