**Linxuan Yan**

| | |
|---|---|
| **From:** | Hawk, Jon <jhawk@mwe.com> |
| **Sent:** | Friday, September 27, 2024 4:06 PM |
| **To:** | Joseph B. Shumofsky |
| **Cc:** | Jason Mays |
| **Subject:** | Re: Agdal v. Danis - Subpoena to X Corp. - Notification to the User(s) of @notamod921 |

**\*\*\* External Email \*\*\***

Thanks. I'll revert re the notice inquiry. My client contact is traveling all day today so it may not be today that I get back to you on that.

JON HAWK
Partner
**McDermott Will & Emery LLP**  2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
**Tel** +1 310 788 4181      **Email** jhawk@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

On Sep 27, 2024, at 1:03 PM, Joseph B. Shumofsky <jshumofsky@sillscummis.com> wrote:

[ External Email ]
Correct. The motion will focus only on the subscriber information for the @notamod921 account.

**From:** Hawk, Jon <jhawk@mwe.com>
**Sent:** Friday, September 27, 2024 4:02 PM
**To:** Joseph B. Shumofsky <jshumofsky@sillscummis.com>
**Cc:** Jason Mays <jmays@mnrlawfirm.com>
**Subject:** Re: Agdal v. Danis - Subpoena to X Corp. - Notification to the User(s) of @notamod921

**\*\*\* External Email \*\*\***

Yes - it's standard. And the first amendment unmasking would be the issue as you lay out below so that, I envision, would be all that's presented.

JON HAWK
Partner
**McDermott Will & Emery LLP**  2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
**Tel** +1 310 788 4181      **Email** jhawk@mwe.com
**Website** | **vCard** | **Twitter** | **LinkedIn**

1

On Sep 27, 2024, at 1:00 PM, Joseph B. Shumofsky <jshumofsky@sillscummis.com> wrote:

**[ External Email ]**
Jon,

We will be filing in the ND CA.

Also, we'll take a look at what you attached. I assume it is X's standard responses and objections to a subpoena?

Thanks,

Joseph

---

**From:** Hawk, Jon <jhawk@mwe.com>
**Sent:** Friday, September 27, 2024 3:55 PM
**To:** Joseph B. Shumofsky <jshumofsky@sillscummis.com>
**Cc:** Jason Mays <jmays@mnrlawfirm.com>
**Subject:** RE: Agdal v. Danis - Subpoena to X Corp. - Notification to the User(s) of @notamod921

# *** External Email ***

---

Thanks for the heads-up, Joe. I was optimistic it would be figured out via the parties but understood. Here are responses so you have them for your motion.

Re notice, X generally does that as a matter of course once a subpoena is received. I'll double-check that has been done here. I presume so.

Re your motion, which court will you be filing it in? Happy to chat through live if easier/more efficient.

Jon

JON HAWK
Partner
**McDermott Will & Emery LLP**  2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206
**Tel** +1 310 788 4181     **Mobile** +1 626 755 1400     **Email** jhawk@mwe.com
Website | vCard | Twitter | LinkedIn

---

**From:** Joseph B. Shumofsky <jshumofsky@sillscummis.com>
**Sent:** Friday, September 27, 2024 12:39 PM
**To:** Hawk, Jon <jhawk@mwe.com>
**Cc:** Jason Mays <jmays@mnrlawfirm.com>
**Subject:** Agdal v. Danis - Subpoena to X Corp. - Notification to the User(s) of @notamod921

**[ External Email ]**

Hi Jon,

We are circling back regarding the subpoena served on X seeking, among other things, the subscriber information for the X account @notamod921.  Consistent with our prior discussions regarding subpoena compliance and your representation that, as a matter of course, X asks parties issuing subpoenas that seek to unmask anonymous users to obtain a court order, we expect to soon file a motion, among other things, (i) setting forth a prima facie showing sufficient to satisfy any First Amendment safeguards, and (ii) seeking an order directing X to produce the subscriber information for the @notamod921 account. In that regard, neither we nor our client has the contact information for the individual(s) behind the @notamod921 account to notify him/them of the request for the subscriber information or the impending motion.  To the extent X has not done so already, X should notify the user(s) of the account @notamod921.

Please let me know if you have any questions.

Thanks,

Joseph

**Joseph B. Shumofsky**
Member
<image001.png>

<image002.png>
**website | vCard | newsroom | email** <image003.png>
<image004.png>

One Riverfront Plaza, Newark, NJ 07102
p (973) 643-5382  |  f (973) 643-6500   **map**

101 Park Avenue, 28th Floor, New York, NY 10178
p (212) 643-7000  |  f (212) 643-6500   **map**

NOTICE: The contents of this email and any attachments to it contain confidential and/or legally privileged information from the law firm of Sills Cummis & Gross P.C. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of the contained information is strictly prohibited and that the documents should be returned to this firm immediately. In this regard, if you have received this email in error, please notify us by email immediately.

**Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Sills Cummis & Gross P.C. for any loss or damage arising in any way from its use.

This email message has been scanned for viruses by Mimecast.

************************************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this

message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
******************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.