Patrick R. Delahunty (SBN 257439)
pdelahunty@delawllp.com
Micah D. Nash (SBN 246319)
mnash@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Attorneys for Petitioner Nina Agdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.* <br><br> Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCA-MAH | Misc. Case Number: 3:24-mc-80266 <br><br> **CERTIFICATION OF CONFLICTS AND INTERESTED PERSONS OF PETITIONER NINA AGDAL** |

Pursuant to Civil L.R. 3-15, Petitioner Nina Agdal is not aware of any conflict, financial or otherwise, that a presiding judge may have with the parties to the litigation.

Petitioner is not aware of any other entity with any interest in this proceeding other than the named parties to this motion and the underlying litigation. These would be the petitioner Ms. Agdal, defendant in the underlying action Dillon Danis, and the subject of the present motion, X Corp., successor in interest to Twitter, Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than as disclosed, there is no conflict or other interest to report.

Dated: October 24, 2024

Respectfully submitted,

DELAHUNTY & EDELMAN LLP

By: *s/Micah Nash*
MICAH NASH, SBN 246319
mnash@delawllp.com
Attorneys for Petitioner Nina Agdal