Patrick R. Delahunty (SBN 257439)
pdelahunty@delawllp.com
Micah D. Nash (SBN 246319)
mnash@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Attorneys for Petitioner Nina Agdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC. <br><br>Served in case: Nina Agdal v. Dillon Danis, D.N.J. 2:23-CV-16873-MCA-MAH | Misc. Case Number: 3:24-mc-80266 <br><br>**CERTIFICATE OF SERVICE** |

1

# CERTIFICATE OF SERVICE

Case Name: *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.*

Case Number: 3:24-mc-80266-JCS

I, the undersigned, certify and declare that I am over the age of 18 years, am employed by the firm of Delahunty & Edelman, LLP in the County of San Francisco, State of California, and not a party to the above-entitled cause. On October 25, 2024 I caused to be served a true copy of the following:

1. MOTION TO COMPEL *Compliance with Subpoena* against X CORP., Successor in Interest to TWITTER, INC. [ECF NO. 1, 1-1]
2. DECLARATION OF [ECF NO. 2, 2-1 through 2-18]
3. CERTIFICATION OF CONFLICTS AND INTERESTED PERSONS OF Petitioner [ECF NO. 3]

These documents were served to the person (s) indicated below in the manner as provided in Fed. R. Civ. P. 5:

☒ By Electronic Mail – serving the enclosed via e-mail transmission to counsel as identified below.

☒ By U.S. Mail – by causing it to be placed for collection and mailing, in the course of ordinary business practice, enclosed in a sealed envelope, with postage fully prepaid, addressed to counsel as identified below:

| Entity | Counsel | Email address | Mailing address |
|---|---|---|---|
| X Corp. | John Hawk - McDermott Will & Emery LLP | jhawk@mwe.com | 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2024

Respectfully submitted,

DELAHUNTY & EDELMAN LLP

By: s/*Micah Nash*
MICAH NASH, SBN 246319
mnash@delawllp.com
Attorneys for Petitioner Nina Agdal