1  J. Jonathan Hawk (SBN 254350)
   jhawk@mwe.com
2  Erica Lang (SBN 340330)
   elang@mwe.com
3  **McDERMOTT WILL & EMERY LLP**
   2049 Century Park East
4  Suite 3200
   Los Angeles, CA 90067-3206
5  Telephone:    +1 310 277 4110
   Facsimile:    +1 310 277 4730
6
   Attorneys for Respondent X CORP.
7

8

9

10

11                  **UNITED STATES DISTRICT COURT**

12                  **NORTHERN DISTRICT OF CALIFORNIA**

13  | *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.* | Case No. 3:24-mc-80266 |

14

15  Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCAMAH

**DECLARATION OF J. JONATHAN HAWK IN SUPPORT OF JOINT STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL**

16

17

18

U.S. Magistrate Judge:
Hon. Joseph C. Spero

19

20

21  I, J. Jonathan Hawk, declare as follows:

22          1.      I am an attorney at law duly authorized to practice law in the State of California. I am

23  a partner with the law firm of McDermott Will & Emery LLP, and counsel of record for Respondent

24  X Corp. I have personal knowledge of the facts set forth herein, and could competently testify to those

25  facts if called as a witness in this proceeding. I am submitting this declaration in support of the Parties'

26  Joint Stipulation and Proposed Order to Set Briefing Schedule on Motion to Compel.

27

28                                             1
   DECLARATION IN SUPPORT OF JOINT STIPULATION AND PROPOSED ORDER TO SET
   BRIEFING SCHEDULE ON PETITIONER'S MOTION TO COMPEL

1    2.    On October 30, 2024, I had a phone call with Micah Nash, counsel of record to

2   Petitioner Nina Agdal ("Petitioner"). During that call, Mr. Nash and I discussed the briefing

3   schedule in this matter. I explained that, if X Corp. had been served on October 25, 2024 with

4   Petitioner's motion, its response would be due November 8, 2024. I explained that, given the

5   materials that X Corp. would need to review, and my deposition schedule in other matters between

6   October 24 and November 8, 2024, X Corp. would need additional time to analyze and prepare a

7   response to Petitioner's motion. I asked Mr. Nash if Petitioner would agree to provide X Corp. two

8   more weeks to file its response, i.e., to and including November 22, 2024.

9    3.    Mr. Nash indicated that he agreed, and asked that Petitioner also be provided two extra

10  weeks to file a reply, i.e., to and including December 6, 2024.

11   4.    On November 1, 2024, I told Mr. Nash that we were in agreement—that, subject to

12  approval from the Court, Petitioner agreed that X Corp.'s deadline to file a response to Petitioner's

13  motion would be extended to and including November 22, 2024, and Petitioner's deadline to file a

14  reply to X Corp.'s contemplated response would be, and including, December 6, 2024.

15   5.    The Parties thus make this request in good faith, that the Court extend X Corp.'s

16  deadline to file its response to Petitioner's motion to, and including, November 22, 2024, and that

17  it extend Petitioner's deadline to file her response to X Corp.'s response to and including December

18  6, 2024.

19   6.    The requested modification will have no impact on the case schedule other than to

20  extend the Parties' deadlines to file response and reply briefs, respectively.

21   7.    The Parties have not previously requested that the Court modify the case schedule or

22  any other deadlines in this matter.

23      I declare under penalty of perjury under the laws of the State of California and the United

24  States of America that the foregoing is true and correct.

25      Executed on this 5th day of November, 2024, at Los Angeles, California.

26

27                          */s/ Jon Hawk*

28

2

DECLARATION IN SUPPORT OF JOINT STIPULATION AND PROPOSED ORDER TO SET
BRIEFING SCHEDULE ON PETITIONER'S MOTION TO COMPEL