1  J. Jonathan Hawk (SBN 254350)
   jhawk@mwe.com
2  Erica Lang (SBN 340330)
   elang@mwe.com
3  **McDERMOTT WILL & EMERY LLP**
   2049 Century Park East
4  Suite 3200
   Los Angeles, CA 90067-3206
5  Telephone:    +1 310 277 4110
   Facsimile:     +1 310 277 4730
6
   Attorneys for Respondent X CORP.
7
   [Additional counsel on signature page]
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.<br><br>Served in case: Nina Agdal v. Dillon Danis, D.N.J. 2:23-CV-16873-MCAMAH | Case No. 3:24-mc-80266<br><br>**JOINT STIPULATION AND ~~PROPOSED~~ ORDER TO SET BRIEFING SCHEDULE ON MOTION TO COMPEL**<br><br>U.S. Magistrate Judge:<br>Hon. Joseph C. Spero |

Pursuant to Civil Local Rules 6-2 and 7-12, Petitioner Nina Agdal ("Petitioner") and Respondent X Corp. (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on October 24, 2024, Petitioner filed a motion to compel X Corp. to produce certain documents pursuant to a third-party subpoena (the "Motion") (ECF No. 1);

WHEREAS, on October 25, 2024, Petitioner purported to serve X Corp.;

WHEREAS, if X Corp. were served on October 25, 2024, it would have a deadline of November 8, 2024 to file a response to the Motion, and Petitioner would then have a deadline of

1

November 15, 2024 to file a reply;

WHEREAS, no hearing date has been set;

WHEREAS, Petitioner and X Corp. have met and conferred regarding the briefing schedule and, subject to the approval of the Court, have agreed to a briefing schedule that will provide X Corp. with time to review Petitioner's Motion and prepare a response, and Petitioner then time to prepare and file a reply to that contemplated response;

WHEREAS, the Parties propose the following schedule

| Deadline for X Corp. to file response to Motion. | November 22, 2024 |
| Deadline to Petitioner to file reply brief. | December 6, 2024 |

WHEREAS, this requested briefing schedule will have no impact on the case schedule other than to extend X Corp.'s deadline to file a response to Petitioner's Motion, and for Petitioner to file a reply to X Corp.'s contemplated response;

WHEREAS, the Parties have not previously sought any extensions of time from the Court in connection with this proceeding, nor any requests to modify any deadline in this case;

WHEREAS, this proposed briefing schedule and extension of deadlines for X Corp. to file a response to the Motion, and for Petitioner to file a reply to the contemplated opposition, are not sought for any improper purpose or delay, and this request is made in good faith;

Respondent X Corp. has filed a declaration in support of this stipulation as required under Local Rule 6-2(a).

IT IS SO STIPULATED.

DATED: November 5, 2024

**DELAHUNTY & EDELMAN LLP**

By: */s/ Micah Nash*
    Micah Nash
    Attorneys for Petitioner Nina Agdal

**MCDERMOTT WILL & EMERY LLP**

By: */s/ J. Jonathan Hawk*
    J. Jonathan Hawk
    Attorneys for X. Corp.

**FILER'S ATTESTATION OF CONCURRENCE**

I, J. Jonathan Hawk, pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Respondent X Corp. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

DATED: November 5, 2024          Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By: */s/ J. Jonathan Hawk*
    J. Jonathan Hawk
    Attorneys for X. Corp

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 5, 2024

_____
Honorable Joseph C. Spero
United States Magistrate Judge