1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

4 _____ ,   Case No. _____

5 Plaintiff(s),

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

6 v.

7 _____ ,

8 Defendant(s).

10 I, _____ , an active member in good standing of the bar of

11 _____ , hereby respectfully apply for admission to practice pro hac

12 vice in the Northern District of California representing: _____ in the

13 above-entitled action. My local co-counsel in this case is _____ , an

14 attorney who is a member of the bar of this Court in good standing and who maintains an office

15 within the State of California. Local co-counsel's bar number is: _____ .

17 MY ADDRESS OF RECORD   LOCAL CO-COUNSEL'S ADDRESS OF RECORD

19 MY TELEPHONE # OF RECORD   LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20 MY EMAIL ADDRESS OF RECORD   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22 I am an active member in good standing of a United States Court or of the highest court of

23 another State or the District of Columbia, as indicated above; my bar number is: _____ .

24 A true and correct copy of a certificate of good standing or equivalent official document

25 from said bar is attached to this application.

26 I have been granted pro hac vice admission by the Court _____ times in the 12 months

27 preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida  )

County of Leon   )                    In Re:  0106495  
                                      Jason L Mays  
                                      Marcus Neiman Rashbaum & Pineiro LLP  
                                      2 South Biscyane Boulevard Suite 2530  
                                      Miami, FL 33131-3085

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 3, 2013**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  26th  day of **September, 2024**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-307847