J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
Erica Lang (SBN 340330)
elang@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:   +1 310 277 4110
Facsimile:    +1 310 277 4730

Attorneys for Respondent X CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.*<br><br>Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCAMAH | Case No. 3:24-mc-80266-JCS<br><br>**RESPONDENT X CORP.'S CERTIFICATION OF INTERESTED ENTITIES**<br><br>U.S. Magistrate Judge:<br>Hon. Joseph C. Spero |

Respondent X Corp., through its undersigned counsel and pursuant to Civil L.R. 3-15, states that X Corp. is a Nevada corporation with a principal place of business in Bastrop, Texas. X Corp.'s parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

X Corp. further states that, other than the entities listed above, there are no corporations, unincorporated associations, partnerships, or other business entities not a party to the case (including insurers) that have a financial interest in the outcome of the litigation.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

DATED: November 26, 2024                     Respectfully submitted,

                                             **MCDERMOTT WILL & EMERY LLP**

                                             By:   */s/ J. Jonathan Hawk*
                                                   J. Jonathan Hawk
                                                   Attorneys for Respondent X. Corp