Patrick R. Delahunty (SBN 257439)
pdelahunty@delawllp.com
Micah D. Nash (SBN 246319)
mnash@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Attorneys for Petitioner Nina Agdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.*<br><br>Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCA-MAH | Misc. Case No.: 3:24-mc-80266-JCS<br><br>**DECLARATION OF JOSEPH B. SHUMOFSKY IN FURTHER SUPPORT OF PETITIONER NINA AGDAL'S MOTION TO COMPEL RESPONDENT X CORP. TO COMPLY WITH THIRD-PARTY SUBPOENA**<br><br>Date:   TBD<br>Time:  TBD<br>Ctrm:  TBD |

JOSEPH B. SHUMOFSKY, being of full age, declares and states:

    1.    I am an attorney at law who is licensed to practice in the State of New Jersey. I am a Member at Sills Cummis & Gross P.C., attorneys for petitioner Nina Agdal ("Agdal"), and make this declaration in further support of Agdal's Motion to Compel Third-Party X Corp. to Comply with Third-Party Subpoena.

1

2. I am fully familiar with the facts and circumstances concerning the matters set forth below.

3. Attached as Exhibit S is a true and accurate copy of the letter, dated December 4, 2024, which Agdal filed in the underlying lawsuit, *Nina Agdal v. Dillon Danis*, Case No. 2:23-CV-16873-MCA-MAH, U.S. District Court for the District of New Jersey.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 6, 2024

Respectfully submitted,

**SILLS CUMMIS & GROSS P.C.**

s/*Joseph B. Shumofsky*
**Joseph B. Shumofsky**
New Jersey Bar No. 045211998
jshumofsky@sillscummis.com
One Riverfront Plaza Newark, NJ 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
Attorneys for Petitioner Nina Agdal