1       2.     I am fully familiar with the facts and circumstances concerning the matters set forth

2  below.

3       3.     Attached as Exhibit S is a true and accurate copy of the letter, dated December 4,

4  2024, which Agdal filed in the underlying lawsuit, *Nina Agdal v. Dillon Danis*, Case No. 2:23-CV-

5  16873-MCA-MAH, U.S. District Court for the District of New Jersey.

6

7       I declare under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.

9

10  Dated: December 6, 2024                Respectfully submitted,

11                          **SILLS CUMMIS & GROSS P.C.**

12

13

14                          **Joseph B. Shumofsky**
                        New Jersey Bar No. 045211998

15                          jshumofsky@sillscummis.com
                        One Riverfront Plaza Newark, NJ 07102

16                          Telephone: (973) 643-7000
                        Facsimile: (973) 643-6500

17                          Attorneys for Petitioner Nina Agdal

18

19

20

21

22

23

24

25

26

27

28                        2