# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** January 8, 2025 | **Time:** 9:34-10:01 (27 minutes) | **Judge:** JOSEPH C. SPERO |
| **Case No.:** 24-mc-80266-JCS | **Case Name:** Agdal v. X CORP., Successor in Interest to TWITTER, INC. | |

**Attorney for Petitioner:** Jason Mays, Jeffrey Neiman, Micah Nash
**Attorney for Respondent:** Jon Hawk, Erica Lang

**Deputy Clerk:** Brenda Lopez       **Reported by:** Summer Fisher

## ZOOM WEBINAR PROCEEDINGS

Motion to Compel Compliance with Subpoena – Held.

## SUMMARY

Matter taken under submission. The Court will issue a written order. Petitioner counsel shall file a declaration regarding the deleted post linked in footnote two by 1/15/2025. Respondent counsel shall file a declaration regarding the notice given to the account holder by 1/15/2025.