Docusign Envelope ID: AF071334-5FAC-452B-9D15-2F015975F4E2

J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
Erica Lang (SBN 340330)
elang@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:     +1 310 277 4110
Facsimile:      +1 310 277 4730

Attorneys for Respondent X CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.*<br><br>Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCAMAH | Case No. 3:24-mc-80266-JCS<br><br>**DECLARATION OF JOLIE PERLA**<br><br>U.S. Magistrate Judge:<br>Hon. Joseph C. Spero |

## DECLARATION OF JOLIE PERLA

I, Jolie Perla, declare as follows:

1. I am employed by X Corp. as a senior associate on the Law Enforcement Response Team. I have personal knowledge of the facts set forth herein and could testify to those facts if necessary.

2. I have reviewed X Corp.'s records for the account username @notamod921. On April 29, 2024, X Corp. provided notice to the user behind the @notamod921 account. Notice, which included a copy of the subpoena, was sent to the email address that the user provided to X Corp. when registering the account.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 9th day of January 2025, in San Jose, California.

Signed by:

JOLIE PERLA