Micah D. Nash (SBN 246319)
mnash@delawllp.com
DELAHUNTY & EDELMAN LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Jeffrey A. Neiman (*admitted pro hac vice*)
jneiman@mnrlawfirm.com
Jason L. Mays (*admitted pro hac vice*)
jmays@mnrlawfirm.com
Marcus Neiman Rashbaum & Pineiro LLP
100 SE Third Ave., Suite 805
Fort Lauderdale, Florida 33394
Telephone: 305-434-4941

Attorneys for Petitioner Nina Agdal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: SUBPOENA TO X CORP.*, Successor in Interest to *TWITTER, INC.*<br><br>Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCA-MAH | Misc. Case No.: 3:24-mc-80266-JCS<br><br>**DECLARATION OF JASON L. MAYS IN FURTHER SUPPORT OF PETITIONER NINA AGDAL'S MOTION TO COMPEL RESPONDENT X CORP. TO COMPLY WITH THIRD-PARTY SUBPOENA** |

1

JASON L. MAYS, under oath and penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

1. My name is Jason L. Mays and I am over the age of 18. The below attestations are based upon my personal knowledge.

2. I am an attorney who is licensed to practice law in the State of Florida. I am one of the attorneys representing Petitioner Nina Agdal in the above-captioned proceeding. The Court granted my application for admission *pro hac vice* on November 6, 2024. *See* ECF Nos. 12, 14.

3. I submit this Declaration in support of Petitioner's Motion to Compel Respondent X Corp. to Comply with Third-Party Subpoena [ECF No. 1 (the "Motion")], which came before the Court for a remote hearing by Zoom on January 8, 2025 [ECF No. 20].

4. Petitioner is the Plaintiff in the underlying lawsuit that is pending in the U.S. District Court for the District of New Jersey, *Nina Agdal v. Dillon Danis*, Case No. 2:23-CV-16873-MCA-MAH (the "DNJ Lawsuit"), and I represent her in that proceeding, as well.

5. In November 2023, Plaintiff served Defendant with Interrogatories in the DNJ Lawsuit. Within that set of Interrogatories, Interrogatory No. 6(b) asked Defendant, in relevant part, to explain when and how he had come into possession of the video of Plaintiff that he had posted to his X account on August 28, 2023.

6. On February 8, 2023, Defendant served his Responses to Plaintiff's Interrogatories. In response to Interrogatory No. 6(b), Defendant answered that "The video was posted on Twitter on August 27, 2023, by Miles (@notamod921)." *See* ECF No. 2-3 at Interrogatory No. 6(b).

7. During the January 8, 2025 hearing on Petitioner's Motion, the Court indicated that it appeared the referenced post by @notamod921 may have since been deleted from X, as the Court was not able to access the post from the link provided in

the Motion at footnote 2.  As such the Court instructed the undersigned to submit a Declaration.

8. Upon receiving Defendant's Interrogatory answers in February 2023, I personally looked up the @notamod921 account on X and confirmed that the account had, in fact, posted the referenced video on August 27, 2023, the day before Defendant posted it from his own X account.  I successfully accessed the post again in early September 2024, while helping draft the Motion, in order to confirm that it was still publicly accessible.  Additionally, I am still able to access the post as of this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 13, 2025

      /s/ *Jason L. Mays*

      Jason L. Mays