J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
Erica Lang (SBN 340330)
elang@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206
Telephone:     +1 310 277 4110
Facsimile:      +1 310 277 4730

Attorneys for Respondent X Corp.

Jason Leonard Mays (admitted *pro hac vice*)
jmays@mnrlawfirm.com
**MARCUS NEIMAN RASHBAUM & PINEIRO**
One Biscayne Tower
2 S. Biscayne Blvd., Suite 2530
Miami, FL 33131
Telephone: 305-434-4941

Patrick R. Delahunty (SBN 257439)
pdelahunty@delawllp.com
Micah D. Nash (SBN 246319)
mnash@delawllp.com
**DELAHUNTY & EDELMAN LLP**
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: 415-891-6210
Facsimile: 415-891-6256

Attorneys for Petitioner Nina Agdal

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SUBPOENA TO X CORP., Successor in Interest to TWITTER, INC.<br><br>Served in case: *Nina Agdal v. Dillon Danis,* D.N.J. 2:23-CV-16873-MCAMAH | Case No. 3:24-mc-80266-JCS<br><br>**JOINT STATUS REPORT REGARDING SUBPOENA COMPLIANCE**<br><br>U.S. Magistrate Judge:<br>Hon. Joseph C. Spero |

Pursuant to the Court's January 13, 2025 Order Granting Motion to Compel (ECF No. 23), Petitioner Nina Agdal ("Petitioner") and Respondent X Corp. ("Respondent" and with Petitioner, the "Parties"), hereby submit this Joint Status Report in order to "inform[] the Court whether any disputes remain as to X's compliance with the Subpoena."

1. The Parties state that on January 15, 2025, Respondent complied with the Order and produced to Petitioner the subscriber information for the X account underlying the Motion to Compel, @notamod921.

2. The Parties are continuing to confer in good faith about subparts of the Subpoena that were not the subject of the Motion. Although no such disputes are currently anticipated, any further disputes between the Parties that require Court intervention will be the subject of a separate Motion.

DATED: February 11, 2025                    Respectfully submitted,

**MCDERMOTT WILL & EMERY LLP**

By:   /s/ J. Jonathan Hawk
       J. Jonathan Hawk
       Attorneys for Respondent X. Corp.

**MARCUS NEIMAN RASHBAUM & PINEIRO**

By:   /s/ Jason Leonard Mays
       Jason Leonard Mays
       Attorneys for Petitioner Nina Agdal

**FILER'S ATTESTATION OF CONCURRENCE**

I, J. Jonathan Hawk, pursuant to Local Rule 5-1(h)(i), attest that I am counsel for Respondent X Corp. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

DATED: February 11, 2025                      Respectfully submitted,

                                             **MCDERMOTT WILL & EMERY LLP**

                               By:   */s/ J. Jonathan Hawk*
                                         J. Jonathan Hawk
                                         Attorneys for Respondent X. Corp.